IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DEMETRIUS RIDDICK,
    Plaintiff,

v.

                                                    Civil No. 3:20cv831 (DJN)

WELL PATH,
    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on December 21, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $19.40 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof pursuant to 28 U.S.C. § 1915(b)(1). (ECF No. 9.) Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action under Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                       /s/
                                            David J. Novak
                                            United States District Judge

Richmond, Virginia
Dated: February 3, 2021